UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTOPHER LOMAN,<br><br>               Plaintiff,<br><br>v.<br><br>AARON'S INC.<br><br>               Defendant. | Civil Case Number: 1:18-CV-03905 – JRS-TAB |

## JOINT STIPULATION FOR DISMISSAL

Come now the parties of record, by counsel, and file this Joint Stipulation of Dismissal, and for such stipulation state as follows:

1. Plaintiff Christopher Loman ("Loman") is a former employee of Defendant Aaron's Inc. ("Aaron's"). Loman filed a Complaint in this Court for claims arising out of his employment with Aaron's.

2. Aaron's and Loman had previously entered into an employment relationship that was governed by an arbitration agreement, whereby the parties agreed that the exclusive method to resolve disputes arising from Loman's employment with Aaron's is through arbitration. Plaintiff's counsel learned of this arbitration agreement after the instant litigation was initiated.

SGR/20261292.1

3. The parties agree that the claims raised in Loman's Complaint are arbitrable under the parties' arbitration agreement. Accordingly, the parties have agreed to resolve Mr. Loman's claims through arbitration in accordance with the parties' arbitration agreement. Therefore, the parties request that this Court dismiss Loman's claims and this present action without prejudice.

WHEREFORE the parties, by counsel, stipulate and pray that this Court dismiss Plaintiff's Complaint without prejudice and for all other proper relief.

Respectfully submitted this 31st day of January, 2019.

| STEWART & STEWART Attorneys | SMITH, GAMBRELL & RUSSELL, LLP |
|---|---|
| */s/ Heather R. Falks* | */s/ Patricia J. Hill* |
| Heather R. Falks 29907-41 | Patricia J. Hill |
| 931 S. Rangeline Rd. | Florida Bar No. 0091324 |
| Carmel, IN 46032 | 50 N. Laura Street, Suite 2600 |
| (317) 846-8999 | Jacksonville, Fl 32202 |
| Fax: (317) 843-1991 | (904) 598-6100 |
| heatherf@getstewart.com | Fax: (904) 598-6240 |
| | pjhill@sgrlaw.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 31, 2019 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Patricia J. Hill
50 N. Laura Street, Suite 2600
Jacksonville, Fl 32202
(904) 598-6100
Fax: (904) 598-6240
pjhill@sgrlaw.com

/s/ *Heather R. Falks*
Heather R. Falks