Dismissal without prejudice acknowledged.
JRS, DJ, 2/1/2019
Distribution via CM/ECF.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTOPHER LOMAN, <br><br> Plaintiff, <br><br> v. <br><br> AARON'S INC. <br><br> Defendant. | Civil Case Number: 1:18-CV-03905 – JRS-TAB |

## JOINT STIPULATION FOR DISMISSAL

Come now the parties of record, by counsel, and file this Joint Stipulation of Dismissal, and for such stipulation state as follows:

1. Plaintiff Christopher Loman ("Loman") is a former employee of Defendant Aaron's Inc. ("Aaron's"). Loman filed a Complaint in this Court for claims arising out of his employment with Aaron's.

2. Aaron's and Loman had previously entered into an employment relationship that was governed by an arbitration agreement, whereby the parties agreed that the exclusive method to resolve disputes arising from Loman's employment with Aaron's is through arbitration. Plaintiff's counsel learned of this arbitration agreement after the instant litigation was initiated.

SGR/20261292.1